# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

Ge Qu, Esq.
Tel: (718) 353-8588
Fax: (718) 353-6288
Email: rqu@hanglaw.com

**SO ORDERED:** 6/4/2024

*/s/ Vernon Broderick/*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

The request for a stay is denied at this time. However, the 60-day extension request is granted. The parties are directed to file an Amended Case Management Plan and Scheduling Order by no later than June 11, 2024. SO ORDERED.

**VIA ECF**
Hon. Vernon S. Broderick, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 11354

Re: **Owens v. Ghair Inc. et al**
Civil Docket No. 1:23-cv-10779-VSB

<u>Consent Joint Letter Motion to Stay Discovery</u>

Dear Judge Broderick:

This office represents Defendants Ghair Inc. and Long Human Hair Factory Inc. ("Defendants") in the above-referenced matter. Together with plaintiff, the parties jointly request this court to stay the ongoing fact-discovery pending the parties' participation in the Court's annexed mediation program; alternatively, the parties request a 60-day extension to complete fact discovry through August 18, 2024.

The current due date for the fact-discovery to conlude is June 19, 2024, per Case Management Plan and Scheduling Order dated February 22, 2024 (D.E. 16). This is the first time for the parties to request an enlargment of time to exchange discovery responses or to stay the discovery process pending the mediation process. The impetus for this request is that the parties both agreed to adjourn the mediation conference to June 21, 2024, and the preference of the parties to conserve resources in anticipaton of the ADR process.

We appreciate the Court's time and attention to this matter.

Honorable Vernon S. Broderick, U.S.M.J.
June 3, 2024
Page 2

                                                 Respectfully submitted,
                                                 Hang & Associates, PLLC
                                                 By:  *s/ Ge Qu*
                                                 Ge Qu, Esq.
                                                 *Attorneys for Defendants*