UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
MYKISHA OWENS,                                         :
:
Plaintiff,          :
:                    23-CV-10779 (VSB)
-against-                          :
:                    **ORDER**
:
GHAIR INC. and LONG HUMAN HAIR                         :
FACTORY INC.,                                          :
:
Defendants.   :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

A telephonic conference in this matter is scheduled for December 3, 2024 at 2:00pm. The parties are advised that the Court's former dial-in number is no longer in service. The new dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**. There is no attendee ID.

SO ORDERED.

Dated: November 27, 2024
       New York, New York

_____
Vernon S. Broderick
United States District Judge