# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon S. Broderick
> VERNON S. BRODERICK
> U.S.D.J.
>
> 12/2/2024
> The conference scheduled for December 3, 2024 is ADJOURNED sine die.

**VIA ECF**
Hon. Vernon S. Broderick, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 11354

Re: **Owens v. Ghair Inc. et al**
Civil Docket No. 1:23-cv-10779-VSB

*Joint Letter Motion to Adjourn Conference*

Dear Judge Broderick:

This firm represents Defendants Ghair Inc. and Long Human Hair Factory Inc. ("Defendants") in the above-referenced matter. Together with Plaintiff, we jointly and respectfully request that the Court adjourn the status conference currently scheduled for December 3, 2024.

We are pleased to inform the Court that the parties have reached a settlement resolving all claims in this matter and have executed a settlement agreement. Accordingly, the parties respectfully request that the Court adjourn the conference *sine die*.

Additionally, the parties request a 30-day extension, through December 27, 2024, to submit a stipulation of dismissal with prejudice. This extension will allow the parties sufficient time to perform their obligations under the settlement agreement.

We appreciate the Court's attention to this matter.

The Law Offices of William Cafaro        HANG & ASSOCIATES, PLLC

Honorable Vernon S. Broderick, U.S.D.J.
Page 2

| | |
|---|---|
| By: _/s Amit Kumar_ | By: _s/ Ge Qu_ |
| Amit Kumar, Esq. | Ge Qu, Esq. |
| 108 West 39th Street, Suite 602 | 136-20 38th Ave. Suite 10G |
| New York, NY 10018 | Flushing, NY 11354 |
| (212)-583-7400 | Tel: (718) 353-8588 |
| Email: akumar@cafaroesq.com | Email: rqu@hanglaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |